UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 24-10648 PA (RAOx) | Date | November 17, 2025 |
| Title | United States of America, et al. v. Fulgent Therapeutics LLC, et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       IN CHAMBERS - COURT ORDER

Before the Court is a Stipulation Requesting Consolidation ("Stipulation") and Memorandum in Support of Stipulation ("Memorandum"), filed by the United States and the relator. (Docket Nos. 33, 34.) The parties seek to consolidate the following eight *qui tam* actions with this *qui tam* action, on the basis that all nine actions involve common questions of law and fact:

1.    U.S. ex rel. Doe v. Care One Health Partners, Inc., CV 24-02709 CAS (KESx);
2.    U.S. ex rel. Doe v. Curative, Inc. and Curative Labs Inc., CV 24-10670 GW (SSCx);
3.    U.S. ex rel. Doe v. Helix OpCo, LLC, CV 24-10672 MCS (SSCx);
4.    U.S. ex rel. Doe v. Signal Diagnostics, LLC, CV 24-10722 MWC (Skx);
5.    U.S. ex rel. Doe v. Inspire Diagnostics, LLC, CV 24-02705 GW (ADSx);
6.    U.S. ex rel. Doe v. Crestview Clinical Laboratory, LLC, CV 24-02686 SPG (DFMx);
7.    U.S. ex rel. Doe v. Avellino Lab USA, Inc., CV 24-10810 CAS (AJRx); and
8.    U.S. ex rel. Doe v. MedLab2020, Inc., No. CV 24-10723 SVW (PDx).

Also before the Court is a Notice of Intervention and Motion to Dismiss Pursuant to 31 U.S.C. § 3730(c)(2)(A) ("Motion"), filed by the United States. (Docket No. 35.) The United States has elected to intervene in this action and seeks to dismiss this action, pursuant to 31 U.S.C. § 3730(c)(2)(A), with prejudice to the relator and without prejudice to the United States.

The Court has considered the parties' Stipulation and Memorandum and concludes, for good cause shown, that consolidation for the purpose of considering the United States' Motion is warranted. Accordingly, the parties' Stipulation is granted as follows: The above listed cases are hereby consolidated with this action for the purpose of hearing the United States' Motion.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-10648 PA (RAOx) | Date | November 17, 2025 |
|---|---|---|---|
| Title | United States of America, et al. v. Fulgent Therapeutics LLC, et al. | | |

This action, United States of America, et al. v. Fulgent Therapeutics LLC, et al., CV 24-10648 PA (RAOx), shall be the lead case.

The Court deems the Motion to apply to this action as well as to all cases consolidated with this action.  The Court hereby sets the following briefing schedule:  Relator's opposition to the Motion, if any, shall be filed no later than December 1, 2025.  The government's reply, if any, shall be filed no later than December 8, 2025.  After that date, the Motion will be deemed under submission.  The Court will notify the parties of its ruling or set a date and time for a hearing should the Court conclude that a hearing will assist the Court's resolution of the Motion.

Pursuant to 31 U.S.C. §§ 3730(b)(2) & (b)(3), and in connection with the United States' request set forth in the Motion, the Court orders as follows:  The seal shall be lifted with respect to the relator's Complaint (Docket No. 1), First Amended Complaint (Docket No. 15), and Second Amended Complaint (Docket No. 22), the Notice of Intervention and Motion to Dismiss (Docket No. 35), any related briefing, and all other subsequent filings.  All other filings that predate the Notice of Intervention, including the United States' extension requests (Docket Nos. 18–20, 25–27, 30–32), the Stipulation (Docket No. 33), and the Memorandum in Support of Stipulation (Docket No. 34), shall remain under seal.

IT IS SO ORDERED.