# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 24-10648 PA (RAOx) | Date | December 10, 2025 |
|---|---|---|---|
| Title | United States of America, et al. v. Fulgent Therapeutics LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

On November 17, 2025, the Court issued an Order granting the Stipulation Requesting Consolidation (Docket No. 33) filed by the United States and the relator. (Docket No. 38.) The Court consolidated the following eight *qui tam* actions with this *qui tam* action, the lead case, for the purpose of hearing the United States' Notice of Intervention and Motion to Dismiss Pursuant to 31 U.S.C. § 3730(c)(2)(A) (Docket No. 35 ("Motion")):

1. U.S. ex rel. Doe v. Care One Health Partners, Inc., CV 24-02709 CAS (KESx);
2. U.S. ex rel. Doe v. Curative, Inc. and Curative Labs Inc., CV 24-10670 GW (SSCx);
3. U.S. ex rel. Doe v. Helix OpCo, LLC, CV 24-10672 MCS (SSCx);
4. U.S. ex rel. Doe v. Signal Diagnostics, LLC, CV 24-10722 MWC (Skx);
5. U.S. ex rel. Doe v. Inspire Diagnostics, LLC, CV 24-02705 GW (ADSx);
6. U.S. ex rel. Doe v. Crestview Clinical Laboratory, LLC, CV 24-02686 SPG (DFMx);
7. U.S. ex rel. Doe v. Avellino Lab USA, Inc., CV 24-10810 CAS (AJRx); and
8. U.S. ex rel. Doe v. MedLab2020, Inc., No. CV 24-10723 SVW (PDx).

(See id.) The Court deemed the Motion to apply to the lead case as well as to all cases consolidated with this action. The Court then set a briefing schedule for the Motion; Relator's opposition to the Motion was due no later than December 1, 2025, and the government's reply was due no later than December 8, 2025. (See id.) However, due to a clerical error, the parties were not served with a copy of the Order. To date, no opposition or reply has been filed.

Accordingly, the Court hereby extends the briefing schedule as follows: Relator's opposition to the Motion, if any, shall be filed no later than December 22, 2025. The government's reply, if any, shall be filed no later than December 30, 2026. After that date, the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-10648 PA (RAOx) | Date | December 10, 2025 |
|---|---|---|---|
| Title | United States of America, et al. v. Fulgent Therapeutics LLC, et al. | | |

Motion will be deemed under submission. The Court will notify the parties of its ruling or set a date and time for a hearing should the Court conclude that a hearing will assist the Court's resolution of the Motion.

    IT IS SO ORDERED.